1  Name: Bruce Earl Thomas
2  Address: 33435 Barcelona Drive, Thousand Palms, CA 92276
3  Telephone Phone: 760-496-4291
4  Email: how2prune@gmail.com

**FILED**
Dec 22 2022
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY      s/ MariaF      DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Bruce Earl Thomas,
                    Plaintiff(s),

v.

California Superior Court for San Diego County, Probate Division,
                    Defendant(s).

Case No.: '22CV2033 MMA WVG
(assigned at time of filing)

**COMPLAINT**

I.   **RELATED CASES**

   a.   Do you have other Civil Case(s) in this or any other federal court?
        ☐ Yes    ☑ No

   b.   If yes, please list the case numbers here:

II.  **STATEMENT OF CLAIM** *(Briefly state the facts of your case. Describe how each defendant is involved, and tell what each defendant did to you that caused you to file this suit against them. Include names of any other persons involved, dates, and places.)*

1

I, Bruce Earl Thomas, am an indigent 65 year old disabled beneficiary to a Special Needs Trust that was established by my late mother, Betty Thomas (Betty). Daniel Purcell (Daniel) is the trustee of Betty's estate. Daniel sued me in probate court and used a dirty attorney, Scott M. Grossman (Grossman), SBN 174988, to have what Betty left me for himself. Daniel and Grossman have abused state court process to date for over 475 days during which time I have spent $15,000 on two attorneys who both terminated their retainer with me because they hadn't tolerance for my explosive behavior disability. Whereas, my state disability income is $400. See the attached substitution of attorney that I filed on 12/12/2022. Today, 12/22/2022, while In-Proper, State Court Judge, John B. Sherling, orally denied my case management Prayer for appointment of a public attorney, see my attached case magement statement that I filed on 12/12/2022.

2

**III.  RELIEF YOU REQUEST** *(State exactly what you want the court to do for you. Do not use this space to state the facts of your claim.)*

Declatory relief ordering the Superior Court to appointment me public counsel.

3

1  IV.  **DEMAND FOR JURY TRIAL** *(Would you like a trial by jury on all claims*
2      *pursuant to FRCP, Rule 38?)*
3          ☒ Yes     ☐ No
4
5  I declare under penalty of perjury that the foregoing is true and correct.
6  12/22/2022                              *Bruce Earl Thomas*
7  Date                                    Signature
8                                          *Bruce Earl Thomas*
9                                          Printed Name

MC-050

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Mindy A. Galindo   SBN 325507<br>Family Roots Law, APC<br>380 S. Melrose Dr. Suite 349<br>Vista, CA 92081<br>TELEPHONE NO (442) 500-5177  FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional): mindy@familyrootslaw.com<br>ATTORNEY FOR (Name): Bruce Earl Thoms | F I L E D<br>Clerk of the Superior Court<br><br>DEC 12 2022<br><br>By: A. Pena |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Diego
STREET ADDRESS: 1100 Union Street
MAILING ADDRESS: 1100 Union Street
CITY AND ZIP CODE: San Diego, CA
BRANCH NAME: Central Court

CASE NAME: Betty Thomas Trust and Bruce Earl Thomas SNT

**SUBSTITUTION OF ATTORNEY - CIVIL**
*(Without Court Order)*

CASE NUMBER: 37-2021-00031697-PR-TR-CTL

THE COURT AND ALL PARTIES ARE NOTIFIED THAT (name): Bruce Earl Thomas  makes the following substitution:
1. Former legal representative  ☐ Party represented self  ☒ Attorney (name): Mindy A. Galindo
2. New legal representative  ☒ Party is representing self*  ☐ Attorney
   a. Name: Bruce Earl Thomas
   b. State Bar No. (if applicable):
   c. Address (number, street, city, ZIP, and law firm name, if applicable):
   33435 Barcelona Drive
   Thousand Palms, CA 92276

   d. Telephone No. (include area code): (760) 496-4291
3. The party making this substitution is a ☐ plaintiff ☐ defendant ☐ petitioner ☒ respondent ☐ other (specify):

---

***NOTICE TO PARTIES APPLYING TO REPRESENT THEMSELVES***

- Guardian
- Conservator
- Trustee
- Personal Representative
- Probate fiduciary
- Corporation
- Guardian ad litem
- Unincorporated association

If you are applying as one of the parties on this list, you may NOT act as your own attorney in most cases. Use this form to substitute one attorney for another attorney. SEEK LEGAL ADVICE BEFORE APPLYING TO REPRESENT YOURSELF.

---

**NOTICE TO PARTIES WITHOUT ATTORNEYS**
A party representing himself or herself may wish to seek legal assistance. Failure to take timely and appropriate action in this case may result in serious legal consequences.

---

4. I consent to this substitution with notice that Mrs. Galindo is an incompetent attorney who coerced me to sign this form and accused me of wrong doing. I paid Mrs. Galindo $10,000.00 and will represent myself.
   Date: December 9, 2022

Bruce Earl Thomas
(TYPE OR PRINT NAME)                          ▶  *Bruce Earl Thomas*
                                                 (SIGNATURE OF PARTY)

5. ☒ I consent to this substitution.
   Date: December 8, 2022

Mindy A. Galindo
(TYPE OR PRINT NAME)                          ▶  (SIGNATURE OF FORMER ATTORNEY)

6. ☒ I consent to this substitution.
   Date: December 9, 2022

Bruce Earl Thomas
(TYPE OR PRINT NAME)                          ▶  *Bruce Earl Thomas*
                                                 (SIGNATURE OF NEW ATTORNEY)

(See reverse for proof of service by mail)

Page 1 of 2

Form Adopted For Mandatory Use
Judicial Council of California
MC-050 [Rev. January 1, 2009]

CEB® Essential Forms®
ceb.com

**SUBSTITUTION OF ATTORNEY - CIVIL**
*(Without Court Order)*

Code of Civil Procedure, §§ 284(1), 285
Cal. Rules of Court, rule 3.1362
www.courtinfo.ca.gov

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): <br> Bruce Earl Thomas <br> 33435 Barcelona Dr. <br> Thousand Palms, CA 92276 <br><br> TELEPHONE NO.: 760-496-4291  FAX NO.(Optional): <br> ATTORNEY FOR (Name): In-Proper | FOR COURT USE ONLY |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**
CENTRAL DIVISION

FILED
DEC 12 2022
By A Pen-

PETITIONER(S): Daniel Purcell
RESPONDENT(S): Bruce Earl Thomas
CASE TITLE IN RE: Betty Thomas Trust and Bruce Earl Thomas, SNT

**CASE MANAGEMENT STATEMENT**

CASE NUMBER: 37-2021-00031697-PR-TR-CTL

---

A **CASE MANAGEMENT CONFERENCE** is scheduled as follows:

Date: December 22, 2022  Time: 10:00 A.M.  Dept.: 504  Div.: Probate  Room:

Address of court (if different from the address above): 1100 Union Street, San Deigo, CA 92101

☐ Notice of Intent to Appear by Telephone, by (name):

---

**INSTRUCTIONS:** All applicable boxes must be checked, and the specified information must be provided.

1. **Party or parties** (answer one):
   a. ☒ This statement is submitted by party (name): Bruce Earl Thomas
   b. ☐ This statement is submitted jointly by parties (names):

2. **Pending Petition(s)** (to be answered by petitioner(s) only)
   a. Name of Petition and ROA (Register of Action) number:
   b. Petition was filed on (date):
   c. ☐ The response/objections to Petition, if any, was/were filed on (date):
   d. ☐ (For additional petitions, and corresponding response/objections, if any, check this box and attach a page designated as Attachment 2d.)

3. **Notice** (to be answered by petitioner(s) only)
   a. ☒ All parties required to receive notice under the Probate Code have received the required notice.
   b. ☐ The parties named in petition and other persons required to be noticed have not been served (specify names and explain why not):
   c. ☐ Attorney General has been served.
   d. ☐ All lienholders have been served.
   e. ☐ Bonding company has been served.

---

| PETITIONER(S) Daniel Purcell | CASE NUMBER |
|---|---|
| RESPONDENT(S) Bruce Earl Thomas | 37-2021-00031697-PR-TR-CTL |

4. **Description of case**

   a. Provide a brief statement of the case:
      Respondent's case is about his Special Needs Trust, which his late mother, Betty Thomas, set up for him to be the beneficiary of.

   b. Estimated damages or amount at issue. *(If damages are sought, specify damages claimed. If equitable relief is sought, describe the nature of the relief.):*

      Damages must be determined at trial because Petitioner has failed to show acceptable accounting to the court.

   c. Identify all legal issues for resolution by the court:
      None.

   d. Identify all material factual issues:

      Whether Petitioner has provided the court with estate accounting. Pursuant to Petitioner's 850 Petition, determination whether Respondent has deeded ownership of the real property in question back into the trust.

   e. Prayer for relief:

      Respondent has filed a Substitution of Attorney and prays for appointment of a public attorney for representation until judgment of this case.

   f. Brief statement of parties' position:

      Respondent is a disabled indigent Senior Citizen with SSI and Medicare benefits. During pendency of this case, Respondent paid $15,000.00 for representation by two attorneys, Andrew Stillwell and Mindy Galindo who did not work this case simultaneously and who both terminated their retainer agreement with Respondent because he is disabled with explosive behavior disorder.

| PETITIONER(S) Daniel Purcell | CASE NUMBER |
|---|---|
| RESPONDENT(S) Bruce Earl Thomas | 37-2021-00031697-PR-TR-CTL |

5. **Jury or nonjury trial**
The party or parties request a ☐ jury trial ☒ nonjury trial. *(If more than one party, provide the name of each party requesting a jury trial):*

6. **Trial date**
   a. ☐ The trial has been set for *(date)*:
   b. ☐ Date parties anticipate case will be ready for trial:
   c. ☒ No trial date has been set.

   d. Dates on which parties or attorneys will not be available for trial *(specify dates and explain reasons for unavailability):*

   e. ☐ Parties are willing to stipulate to a temporary judge for trial.

7. **Estimated length of trial**
The party or parties estimate that the trial will take *(check one):*
   a. ☒ days *(specify number):* 2
   b. ☐ hours (short causes) *(specify):*
   c. ☐ number of anticipated witnesses:
   d. ☐ number of expert witnesses:

8. **Preference**
   ☐ This case is entitled to preference *(specify code section):*

9. **Alternative Dispute Resolution**

   The party or parties are willing to participate in *(check all that apply):*
   (1) ☐ Mediation
   (2) ☒ Early settlement conference *(specify when):* January 5, 2023 with appointed public counsel for Respondent.
   (3) ☐ Other *(specify):*

10. **Jurisdiction**
Indicate any matters that may affect the court's jurisdiction or processing of this case, and describe the status.
    ☐ Appeal   ☐ Bankruptcy   ☐ Other *(specify):*
    Status:

11. **Related cases, consolidation, and coordination**
    a. ☐ There are companion, underlying, or related cases.
       (1) Name of case:
       (2) Name of court:
       (3) Case number:
       (4) ROA number, if applicable:
       (5) Status of Related Case(s):
       ☐ Additional cases are described in Attachment 11a.
    b. ☐ A motion to ☐ consolidate ☐ coordinate will be filed by *(name party):*

12. **Bifurcation**
    ☐ The party or parties intend to request an order bifurcating, severing, or coordinating the following issues or causes of action *(specify moving party, type of motion, and reasons):*

| PETITIONER(S) | Daniel Purcell | CASE NUMBER |
|---|---|---|
| RESPONDENT(S) | Bruce Earl Thomas | 37-2021-00031697-PR-TR-CTL |

13. **Other motions**
    ☐ The party or parties expect to file the following motions before trial *(specify moving party, type of motion, and issues)*:

14. **Discovery**
    a. ☐ The party or parties have completed all discovery.
    b. ☒ The following discovery will be completed by the date specified *(describe all anticipated discovery)*:

    | Party | Description | Date |
    |---|---|---|
    | Daniel Purcell | Written discovery | March 9, 2023 |

    c. ☐ The following discovery issues are anticipated *(specify)*:
    d. ☐ Proposed discovery cut off date:

15. **Other issues**
    ☐ The party or parties request that the following additional matters be considered or determined at the case management conference *(specify)*:

16. **Meet and confer**
    a. ☒ The party or parties have met and conferred with all parties on all subjects required by rule 3.724 of the California Rules of Court *(if not, explain)*:

    b. After meeting and conferring as required by rule 3.724 of the California Rules of Court, the parties agree on the following *(specify)*:

    No agreement reached because Respondent argued that Petitioner can not change jurisdiction of this case to Petitioner's home state of Texas because the trust in question is being administered in San Diego County where the assets are located, the SNT beneficiary resides in California and the trust decedent resided in San Diego County when she executed the trust, which is the same county where she died. And, pursuant to this case, Respondent has participated in San Diego County probate litigation and mediation.

17. Total number of pages attached (if any) including any attachment necessary for additional signatures on the Statement. ____

I am completely familiar with this case and will be fully prepared to discuss the status of discovery and ADR, as well as other issues raised by this statement.

Date: 12/12/2022

Bruce Earl Thomas                                    *Bruce Earl Thomas*
Type or print name                                   Signature of Party or Attorney

SUPERIOR COURT OF CALIFORIA
COUNTY OF SAN DIEGO, PROBATE DIVISION

PROOF OF SERVICE

I, Kathleen J. Taylor, with residential address of, 84136 Avenue 44 #341, Indio, CA 92203 and phone number 208-667-6876, am not a party to Superior Court case number: 37-2021-00031697-PR-TR-CTL (Purcell v. Thomas). On December 12, 2022, I, Kathleen J. Taylor, on behalf of Bruce Earl Thomas, respondent to the above case number, caused process of service with U.S.P.S. postpaid First Class Mail addressed to the recipient listed below. Such process of service consists of two court records entitled Case Management Statement and Substitution of Attorney:

Scott Grossman, Esq.
6370 Magnolia Ave, Suite 320
Riverside, CA 92506

I declare under penalty of perjury that the foregoing is true and correct.

Date: December 12, 2022

_____
Kathleen J. Taylor

PROOF OF SERVICE